IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Adam Powell,**<br><br>Plaintiff,<br><br>v.<br><br>**Rose, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01275 DAD CKD P<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE APPEARANCE OF DEFENDANTS AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Good cause appearing, Defendants' Ex Parte Application to Excuse Appearance of Defendants (ECF No. 25) is DENIED as unnecessary. Defendants' participation in the Post-Screening Early ADR program does not require the individual defendants to be personally present at the settlement conference scheduled for February 22, 2024.

Dated: February 13, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE